UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

BRENDA MONTANEZ,

          Plaintiff,

    -against-

TARGET CORPORATION,

          Defendant.

---------------------------------------------

19cv2173

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The June 4, 2020 status conference is rescheduled to June 12, 2020 at 11:00 a.m. In view of Defendant's request for a pre-motion conference (ECF No. 30), this Court converts that status conference into a pre-motion conference to discuss Defendant's proposed summary judgment motion. The parties are directed to use the following dial-in information: the dial-in number is 888-363-4749, passcode 3070580.

        Additionally, the time to submit a joint pre-trial order is adjourned <u>sine die</u>.

Dated: May 19, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.