UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| BRENDA MONTANEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 19cv2173 |
| -against- | : | |
| | : | ORDER |
| TARGET CORPORATION, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

      The June 12, 2020 pre-motion conference is rescheduled to June 18, 2020 at

11:00 a.m.  The parties are directed to use the following dial-in information: the dial-in number

is 888-363-4749, passcode 3070580.

Dated: June 8, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.