

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

**MEMO ENDORSED**

Michael J. Crowley
Partner

June 16, 2020

<u>VIA ELECTRONIC FILING</u>
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re:    *Brenda Montanez v. Target* Corporation, Docket No.: 1:19-cv-2173-WHP

Dear Judge Pauley:

    We are the attorneys for Defendant Target Corporation in the referenced matter. There have been some developments in the case and I am writing on behalf of both parties to request an adjournment of the conference presently scheduled for June 18, 2020 at 11:00 am. No prior request for an adjournment has been made. The primary purpose for the conference is to discuss Target's proposed motion for summary judgment.

    I recently received a settlement demand from Plaintiff's counsel which led to further discussion of a possible amicable resolution of the case. The parties are exploring a private mediation to see if the case can be settled prior to expending time and money on motion practice. Accordingly, we respectfully request that the Court adjourn the conference for 45 days to allow the parties time to schedule and hold a mediation. Counsel are discussing mediators, and checking on availability of dates now, and will immediately advise Your Honor if the case resolves or if there is a reason the mediation cannot be conducted within the 45 day period requested.

    The Court's consideration of this request is appreciated.

    Respectfully submitted,

*Michael J. Crowley*

Michael J. Crowley

cc: Krieger, Wilansky & Hupart, Esqs. (*via* ECF)

**Application granted. The pre-motion conference on June 18, 2020 is rescheduled to July 30, 2020 at 11:00 a.m.**

Dated: June 17, 2020
       New York, New York

SO ORDERED:

*William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

5474707-1