

**MEMO ENDORSED**

Connell Foley LLP
888 Seventh Avenue
9th Floor
New York, NY 10106
P 212.307.3700   F 212.262.0050

Michael J. Crowley
Partner

July 24, 2020

**VIA ELECTRONIC FILING**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *Brenda Montanez v. Target* Corporation, Docket No.: 1:19-cv-2173-WHP

Dear Judge Pauley:

We are the attorneys for the defendant Target Corporation in this matter. I am writing on behalf of both parties to advise the Court of developments on the settlement front and to request an adjournment of the motion conference presently scheduled for July 30, 2020 at 11:00 am.

As we previously advised Your Honor the parties are seeing if this matter can be resolved prior to engaging in motion practice. We have scheduled a private mediation with Shelley Olsen of JAMS for August 17, 2020, which was the earliest date we could reserve that met the scheduling needs of all parties required to attend.

Accordingly, the parties respectfully request that Your Honor adjourn the scheduled motion conference pending the outcome of the scheduled mediation. The Court's consideration of this request is appreciated.

Respectfully submitted,

Michael J. Crowley

cc: Krieger, Wilansky & Hupart, Esqs. (*via* ECF)

**Application granted. The pre-motion conference is adjourned sine die. The parties shall submit a joint status report by August 21, 2020 regarding the status of their mediation.**

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

Dated: July 27, 2020
       New York, New York