UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------
:
BRENDA MONTANEZ, :
:
Plaintiff, :
: 19cv2173
-against- :
: ORDER TO STRIKE
TARGET CORPORATION, :
:
Defendant. :
---------------------------------------- :

WILLIAM H. PAULEY III, Senior United States District Judge:

      Plaintiff Brenda Montanez having filed a Declaration in Opposition of Defendant's Motion for Summary Judgment (ECF No. 52), the Court respectfully directs the Clerk of Court to *strike document number 52 from the docket*.

      Plaintiff's counsel is directed to refile its memorandum of law, Rule 56.1 supplement, and affidavit as separate documents on ECF.

Dated: January 13, 2021         SO ORDERED:
      New York, New York

                                               _____
                                               WILLIAM H. PAULEY III
                                               U.S.D.J.