UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    8/16/21
```

Brenda Montanez,

                    Plaintiff,

          —v—

Target Corporation,

                    Defendant.

19-cv-2173 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        WHEREAS this case was recently transferred to the undersigned, it is hereby ORDERED that unless notified otherwise by the Court, the parties should presume that any Scheduling Order or Case Management Plan remains in effect notwithstanding the case's transfer. **However, any currently scheduled conferences with the Court are adjourned until further notification**.

        IT IS FURTHER ORDERED that the parties submit a joint letter to the Court updating the Court on the status of the case no later than September 3, 2021. The parties are directed to the Court's Individual Practices (available at the Court's website, http://nysd.uscourts.gov/judge/Nathan) regarding the submission of letters.  The status letter should address the following subjects:

1.      A brief statement of the nature of the case and the principal defenses thereto;

2.      A statement of all existing deadlines, due dates, and/or cut-off dates;

3.      A statement of any previously scheduled conference dates with the Court that have not yet occurred, and the matters which were to be discussed;

4.      A brief description of any motions that have been made, including whether they have been decided;

5.      Confirmation that there are no pending appeals;

6.      A statement describing the status of any discovery in the case; and

7.     A statement describing the status of any settlement discussions.


SO ORDERED.

Dated:  August 16, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge